Kelly H. Dove, OSB No. 082165
kdove@swlaw.com
Mackenzie E. L. Wong, OSB No. 214984
melwong@swlaw.com
SNELL & WILMER L.L.P.
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
Telephone:  503.624.6800
Facsimile:  503.624.6888
    Attorneys for Defendant Wells Fargo Bank, N.A.

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| ROSEMARY HELEN ZIZIROS WALKER,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Case No. 6:23-cv-01527<br><br>NOTICE OF REMOVAL |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Wells Fargo Bank, N.A. ("Wells Fargo") hereby removes to this Court the Circuit Court Case No. 23CV35738, currently pending in Marion County Circuit Court (the "Action"). Removal is warranted because this Court has federal question jurisdiction over Plaintiff's claim arising under the Americans with Disabilities Act, 42 U.S.C. § 12181 *et seq.*, and attempts to bring a claim under the "Social Security Disability Act," which she cites as violations of 20 CFR 404.970[1], and all

---

[1] Defendant does not waive any argument or defense regarding whether this court, and not an administrative body, is the proper forum to hear the claims related to Plaintiff's social security benefits.

other removal requirements are satisfied. The removal of this Action is based on the following grounds:

## I. SUMMARY OF PLEADINGS

On September 5, 2023, Plaintiff Rosemary Helen Ziziros Walker ("Plaintiff") filed a complaint initiating the Action against Wells Fargo. Plaintiff served Wells Fargo with the Summons and Complaint on September 19, 2023. A copy of Plaintiff's Complaint is attached hereto as **Exhibit 1**. Proof of service was filed with the Marion County Circuit Court on September 21, 2023. *See* Case No. 23CV35738 docket, attached hereto as **Exhibit 2**. Since filing her Complaint, Plaintiff has filed several subsequent letters with Marion County Circuit Court. Counsel has no record of these letters having been served on Wells Fargo. A copy of all the filings currently on file in this case are attached as **Exhibit 3** pursuant to 28 U.S.C. § 1446.

## II. NATURE OF COMPLAINT

While Plaintiff's allegations are difficult to ascertain, Plaintiff alleges that Wells Fargo is "guilty of restraint" and garnished her social security or disability funds. Plaintiff also alleges that Wells Fargo illegally denied Plaintiff a car loan and committed violations of the Americans with Disabilities Act ("ADA"). Plaintiff seeks $300,000 in "ADA Fines," and 1 million dollars in damages for each year since 2001, plus interest and "penalties" for a total prayer of $30,000,000.

## III. STATEMENT OF JURISDICTION

Pursuant to 28 U.S.C. §1441(a), "any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants . . . to the district court of the United States for the district and division embracing the place where such action is pending." As discussed herein, this action is removable under 28 U.S.C. §1441(a) because the district court has original federal question jurisdiction under 28

U.S.C. § 1331, venue is proper in the District of Oregon, and this Petition for Removal is timely filed.

A. **Plaintiff's ADA claim**

Federal courts have subject-matter jurisdiction over a claim if, based "on the face of the plaintiff's properly ple[d] complaint,"[2] "a federal right . . . is an element, and an essential one, of the plaintiff's cause of action."[3] Plaintiff asserts a claim under 42 U.S.C. § 12181 *et seq.* for alleged violations of the ADA and other violations related to Plaintiff's Social Security benefits. As such, this Court has federal question jurisdiction over Plaintiff's claim.

B. **Venue is proper in the District of Oregon.**

Venue is proper in the District of Oregon because it is the "district and division embracing the place where [this] action is pending."[4] Pursuant to LR 3-2(3), Eugene is proper District for this action because the underlying action is pending in Marion County.

IV. **TIMELINESS OF AND CONSENT TO REMOVAL**

A notice of removal must be filed within 30 days after receipt by the defendant of the initial pleading setting forth the claim for relief upon which the action is based. 28 U.S.C. § 1446(b). The thirty-day period for removal does not begin to run until a party has received a copy of the Complaint and has been properly served. *See Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347-48 (1999).

Plaintiff filed the Complaint on September 5, 2023. Plaintiff served Wells Fargo with the Complaint on September 19, 2023. Accordingly, the deadline for removal is October 19, 2023. This Petition for Removal is timely filed under 28 U.S.C. § 1446(b)(1).

---

[2] *Provincial Gov't of Marinduque v. Placer Dome, Inc.*, 582 F.3d 1083, 1091 (9th Cir. 2009) (internal quotation marks and citation omitted).
[3] *Id.* at 1086 (internal quotation marks and citation omitted).
[4] 28 U.S.C. § 1441(a); 28 U.S.C. § 108.

This Notice of Removal will be served on Plaintiff via first class mail. A Notice of Removal to Federal Court will be filed in Marion County Circuit Court as soon as this Notice of Removal has been filed in this Court. Lastly, in compliance with 28 U.S.C. §1446(a), Wells Fargo will file copies of all process, pleadings and orders served upon it in this case with the appropriate verification of authenticity.

## V.   CONCLUSION

Because Wells Fargo timely filed a notice of removal for which this Court has original federal question jurisdiction, the Action is properly removed to this Court. In filing this Petition for Removal, Wells Fargo does not waive, and specifically reserves, all defenses, exceptions, rights, and motions to the Plaintiff's Complaint. No statement or omission shall be deemed to constitute an admission by Wells Fargo of any of the allegations or damages sought in the Complaint.

DATED this 17th day of October, 2023.   SNELL & WILMER L.L.P.

/s/ Kelly H. Dove
Kelly H. Dove, OSB No. 082165
Mackenzie E. L. Wong, OSB No. 214984
Attorneys for Defendant
Wells Fargo Bank, N.A.

CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2023, I caused to be served a full and exact copy of the foregoing **NOTICE OF REMOVAL** on the following:

Rosemary Helen Ziziros Walker
1111 Waller Street SE
Salem, OR 97302
    Plaintiff pro se

by the following indicated method(s):

- ☒ First Class Mail, postage prepaid, deposited in the US mail
- ☐ Hand delivery
- ☐ Facsimile transmission
- ☐ Overnight delivery
- ☐ Email, pursuant to the parties' electronic service agreement
- ☐ Electronic filing notification

Dated: October 17, 2023

    */s/ Kelly H. Dove*
    Kelly H. Dove, OSB No. 082165

4894-1911-2580