IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROSEMARY HELEN ZIZIROS WALKER,

    Plaintiff,

    v.

WELLS FARGO BANK, N.A.,

    Defendants.

_____

Case. No. 6:23-cv-1527-MC

JUDGMENT

MCSHANE, Judge:

*Pro se* plaintiff filed this action against Wells Fargo. The complaint consists of screenshots from different webpages and correspondence from Wells Fargo with Plaintiff's handwritten notations added. The Court is unable to make out any valid claim. Plaintiff's response to Defendant's motion to dismiss is equally incomprehensible. In it, Plaintiff notes "YES I AM & HAVE SNOTTY WOMAN WITH ATTITUDE FED UP WITH BEING YES FUCKED IN WAYS I GOT NO ENJOYMENT NOR EVEN WAS AWARE THE FUCKING WAS HAPPENING FIRST. . . . OH COHEN V. CALIF IF THERE IS POTTY TYPE MOUTH YA KNOW FIRST AMENDMENT." ECF No. 5, 3. The Court agrees with Defendant's argument that:

> Plaintiff has neither pled a legal theory upon which relief can be granted, nor any facts that would support any claim. Indeed, the Complaint is, with all due respect, incomprehensible. Both the factual allegations and the legal theories set forth in the Complaint are impossible to discern, even construing the allegations generously in light of Plaintiff's pro se status. But even affording Plaintiff the

1 – JUDGMENT

benefit of any and all favorable inferences that can be drawn from the Complaint, she fails to allege facts sufficient to constitute a claim. According, the Complaint should be dismissed.

ECF No. 4, 2.

As the Complaint fails to come close to stating any claim, Defendant's motion to dismiss, ECF No. 4, is GRANTED. Because leave to amend would be futile, the dismissal is with prejudice.

IT IS SO ORDERED.

DATED this 28th day of November, 2023.

_____/s/ Michael McShane_____
Michael McShane
United States District Judge

2 – JUDGMENT